# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

LEODIS RANDLE                                                      PLAINTIFF

v.                                4:20-cv-01086-JM-JJV

DOE, *et al.*                                             DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects. The Clerk of the Court will not file a pleading in "all open cases" as Plaintiff attempted to do. A case number must be listed on the pleading to be filed in that case. Even if the Court were to accept Plaintiff's November 9th motion for *in forma pauperis* status in a different case (4:20CV01257-SWW) as a filing in this case, it is untimely because it was filed after the Court's deadline of October 23, 2020.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE due to lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 30th day of November, 2020.

                                                              UNITED STATES DISTRICT JUDGE