**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

LEODIS RANDLE PLAINTIFF

v. 4:20-cv-01086-JM-JJV

DOE, *et al.* DEFENDANTS

**JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 30th day of November, 2020.

UNITED STATES DISTRICT JUDGE